# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **United States Southern District Court** |

Case Number: 20-25132-CV-RNS

Plaintiff:
**MELANIE ORTIZ**

vs.

Defendant:
**CITY OF MIAMI ; RODOLFO LLANES ; JORGE COLINA ; JOSE A. RODRIQUEZ , et al.**

For:
William R. Amlong
Amlong & Amlong, PA
ypharris@theamlongfirm.com
500 NE Fourth Street, Second Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP on the 4th day of March, 2021 at 4:51 pm to be served on **CITY OF MIAMI Miami Riverside Center, 444 SW 2nd Avenue, Miami, FL 33130**.

I, HENRY PINTO, do hereby affirm that on the **9th day of March, 2021** at **11:40 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION , FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** with the date and time of service along with my initials and server # endorsed thereon by me, to: **ANA PUJOLS** as **MAYORS AIDE** for **CITY OF MIAMI Miami Riverside Center**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true to the best of my knowledge.

_____
**HENRY PINTO**
PROCESS SERVER  CPS # 2351

**ALL BROWARD PROCESS CORP**
**701 N FIG TREE LN**
**PLANTATION, FL 33317**

Our Job Serial Number: BPC-2021000608

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t